IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETH MCGRATH,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF GRANITE CITY, ILLINOIS,<br><br>*Defendant*. | Case No. 3:20-cv-1169 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or item:

**Exhibit 1 to Complaint**.

This document has not been filed electronically because the document or item cannot be converted to an electronic format.

The document or item will be manually served on all parties along with the complaint and other case-initiating documents.

Dated: November 4, 2020.

Bart C. Sullivan, #6198093
FOXSMITH, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
Telephone: 314.588.7000
Facsimile: 314.588.1965
E-mail: bsullivan@foxsmith.com

Respectfully submitted,

s/Samuel B. Gedge
Samuel B. Gedge (lead attorney)
Robert McNamara
Caroline Grace Brothers
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: 703.682.9320
Facsimile: 703.682.9321
E-mail: sgedge@ij.org; rmcnamara@ij.org; cgbrothers@ij.org